UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JIMMY TOBIAS<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL HOUSING FINANCE AGENCY<br><br>Defendant. | Civil Action No. 26-0077 (SLS) |

**JOINT STATUS REPORT**

In its Order of July 13, 2026, the Court required the parties to jointly inform the Court by providing a report that "(1) details how many pages remain to be produced; (2) confirms that the Defendant still anticipates completing production by September 30, 2026; and (3) identifies any issues the Plaintiff has with the documents produced to date or confirms that the Plaintiff has no disputes," no later than September 14, 2026.

Since the last status report, filed July 13, 2026, Defendant has not issued any determination letters. At this time, 91 documents (amounting to 1,216 pages) remain to be reviewed and processed for request 2025-FOIA-121, and Defendant anticipates that it will complete processing the aforesaid documents no later than September 30, 2026. Plaintiff reports that he does not have disputes to raise over the final responses for requests 2025-FOIA-122 and 2025-FOIA-147 that he received in May 2026.

Accordingly, Defendant proposes that the parties file a Joint Status Report on or before October 14, 2026, in order to update the Court on the status of this case, including any issues Plaintiff has with Defendant's forthcoming final response.

Dated: September 14, 2026

Respectfully submitted,

/s/ *Merrick Wayne*
Matthew Topic, D.C. Bar No. IL0037
Merrick Wayne, D.C. Bar No. IL0058
LOEVY & LOEVY
311 North Aberdeen, 3rd Floor
Chicago, IL 60607
(312) 243-5900
foia@loevy.com

Stephen Stich Match, D.C. Bar No. MA0044
LOEVY & LOEVY
222 Sutter Street, Suite 600A
San Francisco, CA 94108
(312) 243-5900
foia@loevy.com

*Attorneys for Plaintiff*

JEANINE FERRIS PIRRO
United States Attorney

By: /s/ *Fithawi Berhane*
FITHAWI BERHANE
Assistant United States Attorney
601 D Street NW
Washington, DC 20530
(202) 252-6653
fithawi.berhane@usdoj.gov

*Attorneys for the United States of America*